**Order entered February 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01551-CV

## WARREN CHEN AND DYNACOLOR, INC., Appellants

## V.

## RAZBERI TECHNOLOGIES, INC., THOMAS J. GALVIN, LIVEOAK VENTURE PARTNERS I, L.P., LIVEOAK VENTURES PARTNERS 1A, L.P., KENNETH L. AND VIRGINIA T. BOYDA, AS TRUSTEES OF THE BOYDA FAMILY REVOCABLE TRUST DATED 10/12/1990, AND JIRI AND ROSEMARY MODRY, AS TRUSTEES OF THE JRAM TRUST UDT 8/12/1996, Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-16568

### ORDER
Before Justices Schenck, Smith, and Garcia

Before the Court are appellees' January 14, 2021 motion for rehearing; January 15, 2021 motion for en banc reconsideration; and February 2, 2021 motion for emergency relief and expedited consideration of motions for rehearing and en banc reconsideration.

We **ORDER** the parties' briefing to be filed as follows:

1. Appellants' briefing on the merits and their responses to appellees' January 14, 2021 motion for rehearing and their February 2, 2021 motion for emergency relief and expedited consideration of motions for rehearing and en banc reconsideration shall be filed **on or before 20 days from the date of this order**;

2. Appellees' briefing in response to appellants' opening brief on the merits shall be filed **on or before 20 days from the date appellants file their brief**; and

3. Appellants' reply if any shall be filed **on or before 15 days from the date appellees file their response brief**.

*See* TEX. R. APP. P. 38.6.

/s/ DAVID J. SCHENCK
   JUSTICE